# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 21, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155515

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KESHAUN DANTE BAILEY,
      Defendant-Appellant.

SC: 155515
COA: 329620
Wayne CC: 15-001577-FH

_____/

     On order of the Court, the application for leave to appeal the January 12, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 21, 2017



Clerk

s0614